**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 269 MAL 2015
:
               Respondent   :
                         : Petition for Allowance of Appeal from the
                         : Order of the Superior Court
           v.               :
:
:
:
THOMAS E. ROBINSON,      :
:
               Petitioner     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 7th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.